**EXHIBIT C**



| Active Judgments and Liens | | | | | |
|---|---|---|---|---|---|
| Doc # or Case# or Bk/Pg | Plaintiff's Name | Defendant's Name | Description | Date Recorded | Amount($) |
| 003801516 - 01 / | M Newtown Associates Limited Partnership | Sam Mirian | Civil Judgment (Civil Judgment) | 12/14/2018 | 2,731,412.03 |
| 2022000231512 / | Department of the Treasury - Internal Revenue Service | SAM M MIRIAN | Federal Tax Lien (IRS Lien / USA / DoJ) | 06/09/2022 | 329,903.21 |
| 2022000253581 / | Department of the Treasury - Internal Revenue Service | FATHIEH D & SAM M MIRIAN | Federal Tax Lien (IRS Lien / USA / DoJ) | 06/28/2022 | 53,686.80 |
| 004115249 - 75 / | A & D Entrances Inc | 427 Central Park West Condominium | Mechanic's Lien (Mechanics Lien) | 08/15/2022 | 18,156.00 |

| Property Tax Status | | | | | | |
|---|---|---|---|---|---|---|
| Tax Year | Jurisdiction | Installment | Property Tax Status | Date (Due \| Paid) | Good Through | Amount($) |
| Parcel # Block: 1842 Lot: 1075 | | | | | | |
| 2023 | Combined | 1st | Paid | 07/08/2022 | | 1,929.59 |
| 2023 | Combined | 2nd | Due | 10/01/2022 | | 1,929.59 |
| 2023 | Combined | 3rd | Due | 01/01/2023 | | 1,929.59 |
| 2023 | Combined | 4th | Due | 04/01/2023 | | 1,929.59 |

**Tax Status Disclaimer**

Please note that ProTitleUSA has made every effort to ensure the accuracy of this tax information. With that said, ProTitleUSA will not assume responsibility for any inaccuracies in the tax reporting as collecting agencies continually modify and update their records. If at any time it appears that a tax amount has been adjusted, please contact us immediately so we can investigate and update our records accordingly. Exact charges and figures depend on many factors which can be detailed by local officials. The tax information contained within this report was the most accurate information available at the time the search was completed. This data will not appear on any title policy as this is solely for informational purposes.

| Property Tax Assessment | | | | |
|---|---|---|---|---|
| Parcel # | Block: 1842 Lot: 1075 | Annual Tax Amount | 7,699.26 | |
| Legal Description | | | | |
| Tax Year | Land Value($) | Improvements($) | Home Exemp($) | Total Assessed($) |
| 2023 | 0.00 | 0.00 | 0.00 | 63,084.00 |

This title report was performed in accordance with generally accepted standards. ProTitleUSA does not guarantee the completeness, currency or accuracy of this report and will not assume responsibilities for misrepresented information due to clerical indexing errors such as but not limited to misspellings and inaccurate property descriptions. ProTitleUSA is not liable for any loss resulting from or caused by information data sources such as Treasurers, Recorders, County Clerks, Township Officials, Collection Attorneys and similar entities. This report is a search to reflect the recorded information of public record at the county level. It does not include any matters related to information held at the township level, unless specifically ordered. ProTitleUSA is not responsible for reporting items that are outside of the scope of the search. This report is for informational purposes only.